# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2015

148841 & (14)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WALTER JEROME DEMARAY,
      Defendant-Appellant.

SC: 148841
COA: 319352
Emmet CC: 12-003758-FH

_____/

By order of September 24, 2014, the prosecuting attorney was directed to answer the application for leave to appeal the January 16, 2014 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, it appearing to this Court that the case of *People v Lockridge* (Docket No. 149073) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2015



Clerk

h0126